IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WILDLIFE REFUGE ASSOCIATION, FRIENDS OF THE BLACKWATER, and SIERRA CLUB, <br><br>Plaintiffs, <br><br>v. <br><br>DEBRA HAALAND, in her official capacity as Secretary of the Interior, and the UNITED STATES FISH AND WILDLIFE SERVICE, <br><br>Defendants, <br><br>and <br><br>SAFARI CLUB INTERNATIONAL, NATIONAL RIFLE ASSOCIATION, and SPORTSMEN'S ALLIANCE FOUNDATION, <br><br>Defendant-Intervenors. | Case No.: 1:23-cv-02203-BAH |

**UNOPPOSED MOTION TO STAY LITIGATION**

Federal Defendants Debra Haaland, in her official capacity as Secretary of the Interior, and the United States Fish and Wildlife Service (the "Service") respectfully request that the Court stay this litigation for 63 days (until March 29, 2024). This motion is supported by the following:

1. Plaintiffs' complaint alleges, among other things, that the Service violated the National Wildlife Refuge System Improvement Act, 16 U.S.C. § 668dd *et seq.*, by withdrawing a proposal to phase out the use of lead ammunition on the Canaan Valley National Wildlife Refuge. *See* Complaint, ECF 1 at ¶¶ 66-69; 2022–2023 Station-Specific Hunting and Sport Fishing Regulations Proposed Rule, 87 Fed. Reg. 35136 (June 9, 2022); Station-Specific Hunting and Sport Fishing Regulations Final Rule, 87 Fed. Reg. 57108 (Sept. 16, 2022).

1. The parties submitted a meet and confer statement on November 13, 2023, outlining a proposed case management schedule for the litigation. Meet and Confer Statement, ECF 15.

1

2. The Court issued a scheduling order adopting the parties' proposed case management schedule two days later. The first deadline in the scheduling order is for Federal Defendants to lodge the administrative record on January 26, 2024.

3. The Service recently acquired an additional 1,971 acres of land for the Canaan Valley National Wildlife Refuge. Region 5 of the Service, the Region overseeing the Refuge, is now considering whether to allow hunting on the new parcel, ban lead ammunition on the new parcel, and whether to ban lead ammunition on the entire refuge. This decision may have some bearing on Plaintiffs' claims. Therefore, Federal Defendants respectfully request that the deadlines in the scheduling order, including the upcoming deadline to lodge the administrative record be stayed for 63 days (until March 29, 2024) while the Service is considering these issues. The parties will file a new proposed case management schedule establishing deadlines for the lodging of the administrative record and motions practice on March 27, 2024 if needed.

4. Plaintiffs do not oppose this motion on two conditions: (1) that Federal Defendants inform Plaintiffs and Defendant-Intervenors, within the 63-day stay period, as to any decision the Service makes regarding lead ammunition on the Refuge; and (2) the Service cannot request an additional stay on the basis that it is still considering these issues at the Refuge outside a rulemaking process. However, Federal Defendants are free to request a stay on any other basis, including if the Service intends to propose phasing out or banning lead ammunition on the Refuge and the proposed rule or final rule is due to be issued in a timely manner. These terms are acceptable to Federal Defendants. Defendant-Intervenors do not oppose this motion.

Dated: January 26, 2024

        Respectfully submitted,

        TODD KIM, Assistant Attorney General
        S. JAY GOVINDAN, Section Chief
        NICOLE M. SMITH, Assistant Section Chief

        */s/ Kaitlyn Poirier*
        KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
        U.S. Department of Justice
        Environment & Natural Resources Division Wildlife
        & Marine Resources Section
        Ben Franklin Station, P.O. Box 7611 Washington,
        D.C. 20044-7611
        Telephone: (202) 307-6623
        Fax: (202) 305-0275
        Email: kaitlyn.poirier@usdoj.gov

        Attorney for Federal Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2024, a true and correct copy of the above Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

> /s/ Kaitlyn Poirier
> KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
> U.S. Department of Justice
> Environment & Natural Resources Division
> Wildlife & Marine Resources Section
> Ben Franklin Station, P.O. Box 7611 Washington,
> D.C. 20044-7611
> Telephone: (202) 307-6623
> Fax: (202) 305-0275
> Email: kaitlyn.poirier@usdoj.gov
>
> Attorney for Federal Defendants